IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-1004-GMS |
| HTC CORPORATION, HTC AMERICA, | ) | |
| INC., ONE & COMPANY DESIGN, INC., | ) | |
| and HTC AMERICA INNOVATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2

Plaintiff Apple Inc. ("Apple") and defendants HTC Corporation, HTC America,

Inc., One & Company Design, Inc. and HTC America Innovation, Inc. (collectively,

"HTC") submit this Joint Statement in accordance with Local Rule 81.2 ("Cases

Transferred or Removed to This Court").

This patent infringement case is related to several other currently-pending cases

before this court, including three stayed civil actions: Nos. 10-167-GMS; 10-544-GMS;

and 11-611-GMS (collectively, the "Stayed Actions").  The present case originated in the

United States District Court for the Southern District of Florida.  The Southern District of

Florida granted HTC's motion to sever and to transfer the action to this court.[1]  (D.I.

116).

All parties to this action have been served.  HTC filed an answer and first

amended answer in the case prior to transfer to this court on August 3, 2012.  (D.I. 102;

---

[1] As explained in the transfer order, the posture of the Florida case was unique:  Motorola
Mobility, Inc. originally sued Apple, and Apple, in turn, asserted counterclaims against
plaintiff as well as a second Motorola entity and several HTC entities.  (*See* D.I. 116).

D.I. 115).  Apple responded to HTC's counterclaims on September 7, 2012, and HTC has recently filed its responsive pleading.  (D.I. 132; D.I. 135).  The pleadings are now closed.  HTC filed a motion to stay these proceedings on August 31, 2012.  (D.I. 129).

At this time, there are no pending matters requiring judicial attention.

MORRIS JAMES LLP

/s/ Richard K. Herrmann
_____
Richard K. Herrmann (No. 405)
Mary B. Matterer (No. 2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com


Attorneys for Plaintiff Apple Inc.

OF COUNSEL:
Kenneth H. Bridges
Michael T. Pieja
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
Palo Alto Square, 2nd Floor
Palo Alto, CA  94306
(650) 804-7800


Dated:  November 9, 2012

SHAW KELLER LLP

/s/ Karen E. Keller
_____
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Stephanie O'Byrne (No. 4446)
David M. Fry (No. 5486)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com


Attorneys for Defendants HTC One
Corporation, HTC America, Inc.,
One & Company Design, Inc. and
HTC America Innovation, Inc.

OF COUNSEL:
Brian L. Ferrall
Leo L. Lam
Rebekah L. Punak
Simona A. Agnolucci
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400