IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HTC CORPORATION, HTC AMERICA, INC., ONE & COMPANY DESIGN, INC., and HTC AMERICA INNOVATION, INC.<br><br>    Defendants | Civil Action No.: 1:12-cv-1004-GMS |

**STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION<br>WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Apple Inc. ("Apple") and Defendants HTC Corporation, HTC America, Inc., One & Company Design, Inc., and HTC America Innovation, Inc. (collectively, "HTC") (collectively, "HTC"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each and every claim and counterclaim between Apple and HTC in the above captioned matter are hereby dismissed WITHOUT PREJUDICE, and that each party shall bear its own costs, expenses and attorneys' fees.

Dated: November 12, 2012.

| | |
|---|---|
| */s/ Mary B. Matterer*<br>Richard K. Herrmann (I.D. #405)<br>Mary B. Matterer (I.D. #2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br><br>*Attorneys for Plaintiff Apple Inc.* | */s/ John W. Shaw*<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>SHAW KELLER LLP<br>800 Delaware Avenue, 3rd Floor<br>Wilmington, DE 19801<br>Telephone: (302) 476-2050<br><br>*Attorneys for Defendants HTC Corporation, HTC America, Inc., One & Company Design, Inc. and HTC America Innovation, Inc.* |